[No. 14084-5-II.   Division Two.   September 2, 1992.]

STANLEY WOOLRIDGE, ET AL, *Respondents*, v. LAYMAN
CONSTRUCTION, INC., *Appellant*, SCOTT T.
COLLINS, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00084-5, James D. Roper, J., entered June 19, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 11444-9-III.   Division Three.   September 3, 1992.]

*In the Matter of the Marriage of* SHARON RAE
TOWSLEE, *Respondent, and* JAMES MERRITT
TOWSLEE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 81-3-00020-1, Yancey Reser, J., entered March 4, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11706-5-III.   Division Three.   September 3, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
B. POTTS, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-01582-4, Michael E. Donohue, J., entered June 4, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.